## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| MARGARET VELEZ-AGUILAR, on behalf of herself and all others similarly situated,<br><br>　　　　　Plaintiff(s),<br>　v.<br><br>SEQUIUM ASSET SOLUTIONS, LLC, INC, CACH, LLC,<br><br>　　　　　Defendants. | Civ. No. 2:21-cv-14046 (WJM)<br><br>ORDER |

### WILLIAM J. MARTINI, U.S.D.J.:

This matter comes before the Court on the motion of Defendants Sequium Asset Solutions, LLC and CACH, LLC (jointly "Defendants") to dismiss pursuant to Fed. R. Civ. P. 12(b)(1) for lack of standing and pursuant to Fed. R. Civ. P. 12(b)(6) for failure to state a claim upon which relief may be granted. ECF No. 17. For the reasons set forth in the accompanying opinion, and for good cause shown,

**IT IS** on this 18th day of January 2022, **ORDERED** that Defendants' 12(b)(1) motion to dismiss for lack of standing is **DENIED**; and

**IT IS FURTHER ORDERED** that Defendants' motion to dismiss on *res judicata*, Entire Controversy Doctrine, or *Rooker-Feldman* grounds is **DENIED**; and

**IT IS FURTHER ORDERED** that Defendants' 12(b)(6) motion to dismiss for failure to state a claim is **GRANTED**. Plaintiff's Amended Complaint is **DISMISSED**.

　　　　　　　　　　　　　　　　　　　　　*/s/ William J. Martini*
　　　　　　　　　　　　　　　　　　　　**WILLIAM J. MARTINI, U.S.D.J.**